**99–122. Gibson v. Meadow Gold Dairy.**
Franklin App. No. 98AP–282. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the motion of appellee, Administrator, Bureau of

Workers' Compensation, to extend time for oral argument scheduled for November 3, 1999,

IT IS ORDERED by the court that the motion to extend time for oral argument be, and hereby is, granted, and the time is extended to twenty minutes per side.